CARRIE S. LOUNSBURY, as Administratrix, etc., Respondent, *v.* WILSON P. FOSS, Appellant.

(Argued February 5, 1895; decided February 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made September 4, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Irving Brown* for appellant.

*Roger Foster* for respondent.

Agree to affirm; no opinion.
All concur, except FINCH and GRAY, JJ., dissenting.
Judgment affirmed.

---

ISAAC O. WOODRUFF et al., as Executors, etc., Respondents, *v.* ALFRED T. ACKERT et al., Appellants.

(Argued February 5, 1895; decided February 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 14, 1894, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Alfred T. Ackert* for appellants.

*Alfred L. Manierre* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.